**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Minnesota Laborers Health and Welfare Fund; Minnesota Laborers Pension Fund; Minnesota Laborers Vacation Fund; Construction Laborers' Education and Training Fund of Minnesota and North Dakota; Minnesota Laborers Employers Cooperation and Education Trust,

Plaintiffs,

Civ. No. 00-2245 DDA/FLN

**STIPULATION AND ORDER**

vs.

Peter M. Scanlan, d/b/a/ S.B.S. Enterprises, and Specialty Building Services, Inc.,

Defendants.

The parties to the above entitled action, by and through their undersigned attorneys, hereby stipulate and agree as follows:

1. On September 6, 2001 Plaintiffs filed a Motion to Compel Discovery seeking a Court Order that Defendants respond to Plaintiffs' Request for Production of Documents from Defendants-Set II, numbers 3,4,5,6 and 7 and for complete answers to Plaintiffs' Interrogatories to Defendants-SetII, numbers 1,2,3,4 and 5.

2. The parties have now reached an agreement upon the production of the requested documents and the provision of answers to the Interrogatories.

3. Defendants will provide full answers signed under oath to Interrogatories numbers 1,2,3,4 and 5 except that Defendants will not provide any attorney work product in response to Interrogatory number 1.

4. Defendants will provide all documents responsive to request number 3,4,5,6 and 7 except that in response to request number 3 Defendants will provide the first page of the Federl Income Tax Return for Peter M. Scanlan along with all W-2s and 1099s.

5. With respect to request number 2 in Plaintiffs' Request for Production of Documents for Defendants-Set II, Defendants initially agreed to produce records of Defendant Scanlan's Wells Fargo account. They now contend that those documents are irrelevant to this action. Defendants have agreed to produce all documents which in any way relate to the deposit of funds in the Wells Fargo account which were paid for services provided by Specialty Building Services, Inc., or S.B.S. Enterprises. Defendants further agree to produce copies of all documents which in any way relate to the payment of funds from the Wells Fargo account to the bank account of Specialty Building Services, Inc.

6. The parties agree that in the event that the information offered by Defendants in this case is not produced within thirty (30) days of the date of this Order, Plaintiffs shall be permitted to res-set for Hearing the Motion to Compel Discovery which was previously filed.

FILED 9-21-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Date 9-19-01

**McGRANN SHEA ANDERSON CARNIVAL STRAUGHN & LAMB, CHARTERED**

By ______________________
**Richard L. Evans #134752**
**800 Nicollet Mall, Suite 2600**
**U.S. Bancorp Center**
**Minneapolis, MN 55402-7035**
**Telephone: (612)338-2525**
**Fax Telephone: (612) 339-2386**

**Attorneys for Plaintiffs**

Date 9/19/01

**OPPENHEIMER WOLFF & DONNELLY, L.L.P.**

By ______________________
**Kristin L. Boetticher #275931**
**3300 Plaza VII Building**
**45 South Seventh Street**
**Minneapolis, MN 55402**
**Telephone: (612) 607-7000**
**Fax Telephone: (612) 607-7100**

**Attorneys for Defendants**

**ORDER**

Based on the foregoing Stipulation it is hereby ordered that the Answers to Interrogatories and Production of Documents consistent with the foregoing Stipulation shall be produced by Defendants within thirty (30) days of the date of this Order.

It is further ordered that in the event the Answers to Interrogatories and Documents are not produced within said thirty (30) days, Plaintiffs shall have leave to re-set for Hearing their Motion to Compel Discovery previously filed in this action.

Dated 9/20/01

______________________
Franklin L. Noel
Chief United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500