# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

MN Laborers Health & Welfare Fund,
MN Laborers Pension Fund; MN Laborers
Vacation Fund; Construction Laborers'
Education and Training Fund of MN & ND;
MN Laborers Employers Cooperation &
Education Trust

Case No. Civil 00-2245 DDA/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Peter M. Scanlan, d/b/a S.B.S. Enterprises
and Specialty Building Services, Inc.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: the Clerk shall forthwith enter judgment as follows:

It is ordered , adjudged and decreed, that the Plaintiffs shall have and recover from the defendant Specialty Building Services, Inc., the amount of Two Hundred Twenty-Three Thousand Eight Hundred Twenty and 18/100 Dollars ($223,820.18) for fringe benefit contributions, liquidated damages, interest and attorney fees and costs.

It is further ordered, adjudged, and decreed that the claim against defendant Peter S. Scanlan, as an individual is Dismissed.

DATE: November 18, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk