**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

PETER M. SCANLAN, d/b/a S.B.S. ENTERPRISES, and SPECIALTY BUILDING SERVICES, INC.,

Defendants.

Civil No. 00-2245 DDA/FLN

**ORDER**

---

McGrann Shea Anderson Carnival Straughn & Lamb, Chartered, by PAMELA HODGES NISSEN, Minneapolis, Minnesota, for Plaintiffs.

Oppenheimer Wolff & Donnelly LLP, by TIMOTHY P. KRSUL, Minneapolis, Minnesota, for Defendants.

---

The Eighth Circuit Court of Appeals issued its mandate in this case on March 26, 2004. In accordance with the opinion of the Court of Appeals, this Court's order for judgment and judgment dated November 18, 2002, are hereby VACATED. The Clerk shall forthwith enter judgment as follows:

> It is ordered, adjudged and decreed, that Plaintiffs shall have and recover of Defendants Peter M. Scanlan and Specialty Building Services, Inc., jointly and severally, the amount of Two Hundred Twenty-three Thousand Eight Hundred Twenty and 18/00 Dollars ($223,820.18) for fringe benefit contributions, liquidated damages, interest, and attorney fees and costs.

Dated: April 13, 2004

S/ Donald D. Alsop
DONALD D. ALSOP, Senior Judge
United States District Court