AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

MN Laborers Health and Welfare Fund; MN Laborers Pension Fund; MN Laborers Vacation Fund; Construction Laborers' Education and Training Fund of MN and ND; MN Laborers Employers Cooperation and Education Trust

V.

Peter M. Scanlan and Specialty Building Services

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2245 DDA/FLN

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

: **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' shall have and recover of defendants Peter M. Scanlan and Specialty Building Services, Inc., jointly and severally, the amount of $223,820.18 for fringe benefit contributions, liquidated damages, interest and attorney fees and costs

April 13, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Mary Kaye Conery
(By) Mary Kaye Conery, Deputy Clerk